**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 6, 2013

**VIA ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** Sacher v. Pentagroup
13 CV 229 (ENV) (RML)

Dear Magistrate Judge Levy:

I represent the plaintiff in the above matter.  The Court has scheduled a conference for May 16, 2013. I am pleased to report that the parties have resolved the matter.  Plaintiff requests that the Court adjourn the conference.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein