UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
REFAEL SACHER

                                                                13 CV 229 (ENV) (RML)

                        Plaintiff,

                      -against-

PENTAGROUP FINANCIAL LLC

                      Defendant.

-----------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. The parties may cause the matter to be reopened if the settlement is not consummated within sixty days.

*Adam J. Fishbein*

_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

*The Clerk is directed to close this case*

SO ORDERED:

  s/ ENV
_____
U.S.D.J.

JUN 1 9 2013